STATE of Missouri, Respondent,

v.

Armon Assante THOMPSON,
Appellant.

WD 78033

Missouri Court of Appeals,
Western District.

ORDER FILED: April 26, 2016

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent,

Margaret M. Johnston, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division IV: Alok Ahuja, Chief Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

### Order

Per Curiam:

Mr. Armon Assante Thompson appeals the judgment of the Circuit Court of Buchanan County, Missouri, finding him guilty, after a jury trial, of one count of assault in the first degree and one count of armed criminal action. Because a published opinion would have no jurisprudential purpose, we have instead provided a separate memorandum of law to the parties explaining our ruling. The judgment is affirmed. Rule 30.25(b).